UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

KELLY FORTE,

    Plaintiff,

v.                                    Case No:  2:21-cv-73-JLB-NPM

LEE MEMORIAL HEALTH SYSTEM,

    Defendant.

## ORDER

The parties have filed a Stipulation of Dismissal with Prejudice.  (Doc. 17.) The stipulation is self-executing.  Fed. R. Civ. P. 41(a)(1)(A)(ii); <u>Anago Franchising, Inc. v. Shaz</u>, 677 F.3d 1272, 1278 (11th Cir. 2012).  Accordingly, the Clerk is **DIRECTED** to terminate any deadlines and close the file.

**ORDERED** at Fort Myers, Florida, on July 6, 2021.

JOHN L. BADALAMENTI
UNITED STATES DISTRICT JUDGE